TWELFTH COURT OF APPEALS

AMBER SLATON              RE CASE # 12-15-00126-CV
S'HARI MOORE              TRIAL COURT FAM 15-0010-392

DANNA MAHALL             STYLE: INTEREST OF T.W. C.W, JR.,
ET AL                    W.W., S.W. AND D.W. CHILDREN

VS

D. G. MORGAN

FILED IN COURT OF APPEALS
12th Court of Appeals District
JUL 31 2015
TYLER TEXAS
CATHY S. BUSK, CLERK

MOTION TO ACCEPT LATE FILING
Request

Request THE APPEALS COURT ACCEPT LATE
FILINGS DUE TO PROCRASTINATION AND FAILURE
TO COMPLY WITH THE LAW BY THE TRIAL COURT.

CERTIFICATE OF SERVICE
ALL PARTIES ARE SERVED WITH A TRUE AND
CORRECT COPY OF THE FOREGOING DOCUMENT

D. G. Morgan